# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY | )<br>)   Civil No.:   21-MC-0091 (JEB)<br>) |

## CONSENT MOTION TO CONTINUE

The United States of America by and through undersigned counsel, and with consent of Applicant's counsel, hereby requests a one-week continuance to respond to Applicant's motion to unseal. Since the last motion was filed in this matter, the Court has unsealed most of the documents in the docket at issue at the request of the government. Undersigned counsel has had several time-consuming matters in the past several weeks, and the government needs time to coordinate its response to the Court. Applicant's counsel has been contacted and indicated that its client has consented to the requested continuance.

Wherefore the government requests that that the deadline to respond to Applicant's motion to unseal be continued to date on or after July 28, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

　　　/s/ *Tejpal S. Chawla*
Tejpal S. Chawla
Assistant United States Attorney
D.C. Bar No. 464012
National Security Section
555 4th Street, N.W., Room 11-860
Washington, D.C.  20530
Office: 202-252-7280
Tejpal.Chawla@usdoj.gov

    /s/ *Adam Small*
Adam L. Small
Trial Attorney
MD Bar No. 0912170188
United States Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Tel: (202) 616-2431
Email: Adam.Small@usdoj.gov