IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY | ) ) ) | Civil No.:   21-MC-0091 (JEB) |

**CONSENT MOTION TO CONTINUE**

The United States of America, by and through undersigned counsel, and with consent of Applicant's counsel, hereby requests a two-week continuance to respond to Applicant's motion to unseal. Undersigned counsel has worked diligently to complete its response but respectfully requests more time so that additional persons within the Department of Justice can review the response before it is filed. Applicant's counsel has been contacted and stated that Applicant consents to the requested continuance.

Wherefore the government requests that that the deadline to respond to Plaintiff's motion to unseal be continued to date on or after August 11, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

      /s/ *Gregg A. Maisel*
Gregg A. Maisel
Assistant United States Attorney
D.C. Bar No. 447902
National Security Section
555 Fourth St., N.W., Room 11-435
Washington, DC 20530
Office: 202-252-7812
Gregg.Maisel@usdoj.gov


      /s/ *Tejpal S. Chawla*
Tejpal S. Chawla

Assistant United States Attorney
D.C. Bar No. 464012
National Security Section
555 4th Street, N.W., Room 11-860
Washington, D.C.  20530
Office: 202-252-7280
Tejpal.Chawla@usdoj.gov

MARK J. LESKO
Acting Assistant Attorney General
New York Registration Number 5595335

  /s/ *Jay I. Bratt*
Jay I. Bratt
Section Chief
Illinois Bar No. 6187361
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20350
Phone: (202) 233-2113
Adam.Small@usdoj.gov

  /s/ *Adam L. Small*
Adam L. Small
Trial Attorney
MD Bar No. 0912170188
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20350
Phone: (202) 616-2431
Adam.Small@usdoj.gov

**CERTIFICATE OF SERVICE**

 I hereby certify that this motion was served on counsel for the Applicant through notification under the court's ECF system.

  /s/ *Gregg A. Maisel*
Gregg A. Maisel