# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | No. 1:21-mc-91 (JEB) |

## PROPOSED ORDER (Attachment C)

Upon consideration of the Government's Motion to Partially Unseal Its Application Filed Pursuant to 18 U.S.C. §§ 2703(d) and 2705(b) and Response to the Application by the New York Times Company,

IT IS HEREBY ORDERED that Attachments A and B to the Government's Motion to Partially Unseal Its Application be filed under seal.

THIS _____ DAY OF _____, 2021.

_____
HON. JAMES E. BOASBERG
DISTRICT COURT JUDGE