IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | No. 1:21-mc-91 (JEB) |

**PROPOSED ORDER (Attachment D)**

Upon consideration of the Government's Motion to Partially Unseal Its Application Filed Pursuant to 18 U.S.C. §§ 2703(d) and 2705(b) and Response to the Application by the New York Times Company,

IT IS HEREBY ORDERED that the Government's December 22, 2020 Application is unsealed in part, consistent with the redactions proposed by the Government, and a redacted copy of that Application is attached hereto; AND

IT IS FURTHER ORDERED that the *New York Times*'s Motion for Access to Certain Sealed Court Records is DENIED to the extent the Motion seeks access to the remainder of the Application.

THIS _____ DAY OF _____, 2021.

_____
HON. JAMES E. BOASBERG
DISTRICT COURT JUDGE