IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. 21-mc-91 (JEB) |

**THE NEW YORK TIMES COMPANY'S RESPONSE TO
GOVERNMENT'S MOTION TO PARTIALLY UNSEAL
AND CONSENT MOTION FOR ADDITIONAL TIME TO FILE REPLY**

Petitioner The New York Times Company ("The Times"), by and through undersigned counsel, responds in support of the Government's Motion to Partially Unseal (Dkt. 11) and respectfully moves this Court for an order granting it leave to reply within 14 days should this Court order partial unsealing. Undersigned counsel have met and conferred with counsel for the United States, who indicated that the Government consents to the relief requested in this motion.

The Times supports granting the Government's motion so that it and the public may expeditiously obtain access to the Application at issue in this action. However, The Times wishes to preserve its right to object to any of the Government's redactions that appear to be improper. Accordingly, The Times respectfully requests that this Court review the Application and the Government's proposed redactions and unseal all portions not exempt from disclosure. The Times further moves this Court for an order allowing it to reply within 14 days of an unsealing order to object to any redactions that appear to be improper.

A proposed order is attached.

Dated: September 17, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Chad R. Bowman*
Chad R. Bowman (#484150)
Matthew E. Kelley (#1018126)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
bowmanchad@ballardspahr.com
kelleym@ballardspahr.com
mishkinm@ballardspahr.com

Lynn Oberlander
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (212) 223-0200 | Fax: (212) 223-1942
oberlanderl@ballardspahr.com

*Counsel for The New York Times Company*