**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | Case No. 21-mc-91 (JEB) |

**THE NEW YORK TIMES COMPANY'S UNOPPOSED SECOND MOTION**
**FOR ADDITIONAL TIME TO FILE REPLY**

Petitioner The New York Times Company ("The Times"), by and through undersigned counsel, respectfully moves this Court for an order extending its deadline to file its reply in support of its motion to unseal by seven days to October 11, 2021. Undersigned counsel have met and conferred with counsel for the United States, who indicated that the Government does not object to the relief requested in this motion.

On September 20, 2021, this Court granted the Government's motion to partially unseal the December 22, 2020 Application at issue in this action and granted The Times's motion to extend time to reply in support of its motion to unseal until October 4, 2020. *See* Minute Order of Sept. 20, 2021. The Government filed the redacted version of the Application on the public docket in this matter on September 22, 2021. *See* Dkt. 14.

Because of the two-day delay in making the Application available, and because several of undersigned counsel are currently litigating a jury trial in Baltimore, The Times respectfully requests that this Court enter an order extending its deadline to reply in support of its motion to unseal to October 11, 2021. As noted, this is The Times's second motion to extend time to file its reply. No party would be prejudiced by this extension, and as noted, the Government does not object to this request.

1

A proposed order is attached.

Dated: September 27, 2021        Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Matthew E. Kelley*
Chad R. Bowman (#484150)
Matthew E. Kelley (#1018126)
Maxwell S. Mishkin (#1031356)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200 | Fax: (202) 661-2299
bowmanchad@ballardspahr.com
kelleym@ballardspahr.com
mishkinm@ballardspahr.com

Lynn Oberlander
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (212) 223-0200 | Fax: (212) 223-1942
oberlanderl@ballardspahr.com

*Counsel for The New York Times Company*