# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY | )<br>)   Civil No.:   21-MC-0091 (JEB)<br>) |

## UNOPPOSED MOTION TO CONTINUE

The United States of America, by and through undersigned counsel, hereby requests a 14-day continuance to respond to this Court's Order requesting a response from the government as to its proposed redactions for docket entries 2-17. As the Court may be aware, the United States Senate has recently confirmed a new U.S. Attorney for the District of Columbia and a new Assistant Attorney General for the National Security Division. The requested continuance will permit the government to brief these new officials on this matter and for them to review the documents at issue, and provide substantive input, as necessary, on the government's response.

Applicant's counsel has stated that Applicant will not oppose the requested continuance.

Wherefore the government requests that the deadline to respond to the Court's Order be extended until November 16, 2021.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

         /s/ *Gregg A. Maisel*
Gregg A. Maisel
Assistant United States Attorney
D.C. Bar No. 447902
National Security Section
555 Fourth St., N.W., Room 11-435
Washington, DC 20530
Office: 202-252-7812
Gregg.Maisel@usdoj.gov

/s/ *Tejpal S. Chawla*
Tejpal S. Chawla
Assistant United States Attorney
D.C. Bar No. 464012
National Security Section
555 4th Street, N.W., Room 11-860
Washington, D.C.  20530
Office: 202-252-7280
Tejpal.Chawla@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
D.C. Bar No. 425240

/s/ *Jay I. Bratt*
Jay I. Bratt
Chief
Illinois Bar No. 6187361
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20350
Phone: (202) 233-2113
Adam.Small@usdoj.gov

/s/ *Adam L. Small*
Adam L. Small
Trial Attorney
MD Bar No. 0912170188
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20350
Phone: (202) 616-2431
Adam.Small@usdoj.gov

## CERTIFICATE OF SERVICE

 I hereby certify that this motion was served on counsel for the Applicant through notification under the court's ECF system.

             */s/ Tejpal S. Chawla*
             Tejpal S. Chawla