UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | No. 1:21-mc-91 (JEB)<br><br>**Attachments Filed Under Seal** |

**GOVERNMENT'S RESPONSE TO COURT'S OCTOBER 28, 2021 ORDER**

The United States of America, by and through the undersigned counsel, respectfully submits this response to the Court's October 28, 2021 Order relating to the government's position on redactions to the docket and docket entries 2-17 in *In re Application of USA for 2703(d) Order for Six Email Accounts Serviced by Google LLC for Investigation of Violation of 18 U.S.C. §§ 641 and 793* ("*In re Application*"), No. 20-sc-3361 (ZMF).

The government's initial proposed redactions to docket entries 2-17 were made while the investigation was still pending, and the government agrees that some of those redactions can now be lifted. The government agrees that the criminal statutes at issue can now be unsealed and that, based on counsel's representations that there is no objection from their client or their client's current or former reporters, material identifying their client's executives and counsel and/or the reporters (with the exception of their complete email addresses) can also be unsealed. The government also believes the names of the government attorney(s) need not remain redacted, and Google's counsel has indicated their names also need not remain redacted. However, the government respectfully submits that minor redactions in docket entries 2 and 16 are appropriate, including to protect information protected from disclosure pursuant to the Federal Rules of Criminal Procedure.

Those proposed redactions to the docket and docket entries 2-17, including a version with red boxes indicating proposed redactions, are at Attachments A (the docket)[1] and B (entries 2-17),[2] and a version with the redactions applied, at Attachment C, which are being filed under seal (as the material itself remains under seal).

## REQUEST TO SEAL

Because portions of the docket and entries 2-17 are currently under seal, the government requests that Attachments A and B, which contain the proposed redactions in a manner that renders the full Application visible, be filed under seal. The government further requests that Attachment C, which applies the government's proposed redactions, be filed under seal until such time as the Court grants the government's motion to partially unseal these materials. The government does not believe there is a need to seal this motion or its proposed Orders, which are included as Attachments D and E.

## CONCLUSION

The government respectfully requests that the Court unseal the docket and docket entries 2-17 subject to the redactions identified in Attachments A and B, and that it deny the *Times*'s June 8 motion to the extent it seeks to unseal the remainder of the Application.

---

[1] The government filed a redacted docket for unsealing on June 28, 2021, in the underlying matter, *see* No. 20-sc-3361, Dkt. 18, and Judge Faruqui already granted that motion, *see id.* Dkt. 19. The proposed redacted docket no longer contains redactions of the criminal statutes under investigation.

[2] This motion addresses the Court's Order related to docket entries 2-17, and does not address docket entries 18, 18-1, and 18-2, which remain under seal and constitute the government's motion to unseal and proposed redactions. If the Court wishes, the government can propose redactions to those docket entries as well.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

　　　/s/ *Gregg A. Maisel*
Gregg A. Maisel
Assistant United States Attorney
D.C. Bar No. 447902
National Security Section
555 Fourth St., N.W., Room 11-435
Washington, DC 20530
Phone: 202-252-7812
Gregg.Maisel@usdoj.gov

MATTHEW G. OLSEN
Assistant Attorney General
D.C. Bar No. 425240

　　　/s/ *Jay I. Bratt*
Jay I. Bratt
Chief
Illinois Bar No. 6187361
Counterintelligence and Export Control Section
National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Phone: (202) 233-2113
Jay.Bratt2@usdoj.gov