IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | No. 1:21-mc-91 (JEB) |

**PROPOSED ORDER (Attachment D)**

Upon consideration of the Government's Response to this Court's October 28, 2021 Order,

IT IS HEREBY ORDERED that Attachments A, B and C to the Government's Response be filed under seal.

THIS _____ DAY OF _____, 2021.

_____
HON. JAMES E. BOASBERG
DISTRICT COURT JUDGE