IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY FOR ACCESS TO CERTAIN SEALED COURT RECORDS | No. 1:21-mc-91 (JEB) |

**PROPOSED ORDER (Attachment E)**

Upon consideration of the Government's Response to this Court's October 28, 2021 Order,

IT IS HEREBY ORDERED that the Docket and Docket Entries 2-17 in *In re Application of USA for 2703(d) Order for Six Email Accounts Serviced by Google LLC for Investigation of Violation of 18 U.S.C. §§ 641 and 793* ("*In re Application*"), No. 20-sc-3361 (ZMF), be unsealed in part, consistent with the redactions proposed by the Government, and a redacted copy of those materials is attached hereto; AND

IT IS FURTHER ORDERED that the *New York Times*'s Motion for Access to Certain Sealed Court Records is DENIED to the extent the Motion seeks access to the remainder of the Application.

THIS _____ DAY OF _____, 2021.

_____
HON. JAMES E. BOASBERG
DISTRICT COURT JUDGE